UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVON SINCLAIR ENGLISH, AZ9576,<br>Petitioner,<br>v.<br>JOSIE GASTELO, Warden,<br>Respondent. | Case No. 19-cv-01326-CRB  (PR)<br><br>**ORDER OF DISMISSAL** |

This habeas corpus action by a state prisoner was transferred from the Central District to this court on March 12, 2019. This court notified petitioner in writing at that time that the action was deficient because petitioner did not pay the requisite $5.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application, including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months. See 28 U.S.C. § 1915(a)(2). Petitioner was advised that failure to file the requested items within 28 days would result in dismissal of the action.

More than 28 days have elapsed; however, petitioner has not provided the court with the requisite items or sought an extension of time to do so. The action is DISMISSED without prejudice.

The clerk is directed to close the file.

**IT IS SO ORDERED**.

Dated: April 30, 2019

_____
CHARLES R. BREYER
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVON SINCLAIR ENGLISH,<br><br>        Plaintiff,<br><br>        v.<br><br>JOSIE GASTELO,<br><br>        Defendant. | Case No. 3:19-cv-01326-CRB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 30, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Devon Sinclair English ID: AZ9576
CMC East
San Luis Obispo, CA 93409-8101

Dated: April 30, 2019

                                  Susan Y. Soong
                                  Clerk, United States District Court

                                  By:_____
                                  Lashanda Scott, Deputy Clerk to the
                                  Honorable CHARLES R. BREYER

2